

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00155-CR

| | | |
|---|---|---|
| CURTIS MARTIN PYLE, Appellant | § | On Appeal from Criminal District Court |
| | § | No. 4 |
| V. | § | of Tarrant County (1710840) |
| | § | March 6, 2025 |
| | § | Memorandum Opinion by Justice Womack |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect that Appellant Curtis Martin Pyle pleaded not guilty to the alleged offense and pleaded not true to the enhancement paragraphs. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack